IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY PATTON,** | Case No. C 12-1913 CW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **VIMAL SINGH, Warden,** | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on October 5, 2012, will be extended to February 2, 2013. Petitioner's traverse, if any, shall be filed and served within 30 days of service of the answer.

Dated: 12/5/2012

_____
The Honorable Claudia Wilken

1

[Proposed] Order (C 12-1913 CW (PR))