IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY PATTON,

    Petitioner,

  v.

VIMAL SINGH, Warden,

    Respondent.

No. C 12-1913 CW (PR)

JUDGMENT

For the reasons stated in the Court's Orders granting Respondent's motion to dismiss the petition as untimely and finding that Petitioner is not entitled to equitable tolling of the statute of limitations, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 6/5/2013

CLAUDIA WILKEN
United States District Judge